UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SMITH, | ) | Case No. 5:18CV00993 |
| | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER APPROVING** |
| | ) | **CONFIDENTIAL** |
| LANDMARK PLASTIC | ) | **SETTLEMENT AGREEMENT** |
| CORPORATION, | ) | **AND DISMISSING ACTION** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Approve Confidential Settlement Agreement and Release Filed Under Seal. Having reviewed the Joint Motion, and being fully advised in the premises, the Court hereby ORDERS and ADJUDGES as follows:

1. The Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over the wage claims raised in this case.

2. The Court finds that the award of attorneys' fees in the settlement agreement is reasonable.

3. The Court approves the settlement of this case.

4. This case is DISMISSED with prejudice, with each party to bear its own

attorneys' fees and costs, except all costs shall be borne by Plaintiff as agreed between the parties in the settlement agreement.

**IT IS SO ORDERED.**                         **DATED:** 7/10/18

s/John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE